JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JUAN RAMIREZ,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS,<br><br>    Respondent. | Case No. SA CV 16-2115 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 10, 2017

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE